HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR (SBN 51689)
JAMES T. CAHALAN (SBN 166961)
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
jcahalan@hansonbridgett.com

Attorneys for Plaintiff
ATLAS DISPOSAL INDUSTRIES, LLC

THOMAS M. BRUEN (SBN 63324)
ERIK A. REINERTSON (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 295-3131
Facsimile: (925) 295-3132
tbruen@sbcglobal.net

Attorneys for Defendant
BFI WASTE SYSTEMS OF NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLAS DISPOSAL INDUSTRIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BFI WASTE SYSTEMS OF NORTH AMERICA, INC.,<br><br>  Defendant.<br>_____/ | No. 2:05-cv-0989-MCE-KJM<br><br>**ORDER GRANTING JOINT EX PARTE APPLICATION** |

///

///

///

///

1   The Court, having considered the Joint Ex Parte Application
2 for Order Setting Briefing Schedule and Modifying Scheduling
3 Order submitted by Plaintiff Atlas Disposal Industries LLC
4 ("Atlas") and Defendant BFI Waste Systems of North America, Inc.
5 ("BFI"), and the declaration and evidence submitted therewith;
6   IT IS HEREBY ORDERED that said application is GRANTED as set
7 forth herein:
8   1)  A hearing date on the collateral estoppel issue as, as
9 described in the Joint Ex Parte Application, is set for June 19,
10 2006;
11   2)  Plaintiff Atlas will file its opening brief and
12 supporting papers by May 19, 2006;
13   3)  Defendant BFI will file its opposition papers by June 2,
14 2006;
15   4)  Atlas will file its reply papers by June 9, 2006;
16   5) The Pretrial (Status) Scheduling Order filed September
17 28, 2005 will be amended to extend the deadlines set forth
18 therein pending the Court's ruling on the collateral estoppel
19 issue.  Both the discovery and expert designation deadlines
20 currently set for April 24, 2006 and June 26, 2006, respectively,
21 are extended until after said ruling.  By separate order, the
22 Court will set new deadlines in both areas.  The Court
23 anticipates that the new discovery cutoff will be established
24 approximately thirty-five (35) days after the Court's ruling, and
25 expert discovery will take place roughly fifty (50) days
26 thereafter.
27 ///
28 ///

1 A new hearing date for hearing dispositive motions may also be
2 extended, as necessary.

4 DATED: May 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE