HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR (SBN 51689)
JAMES T. CAHALAN (SBN 166961)
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
jcahalan@hansonbridgett.com

Attorneys for Plaintiff
ATLAS DISPOSAL INDUSTRIES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ATLAS DISPOSAL INDUSTRIES, LLC, | No. 05CV989 MCE KJM |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| BFI WASTE SYSTEMS OF NORTH AMERICA, INC., | Hearing Date: June 19, 2006<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: None set |
| Defendant. | |

TO: ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 19, 2006, at 9:00 a.m. in Courtroom 3 of the above-entitled Court, located at 501 I Street, Suite, Sacramento, CA 95814, Plaintiff ATLAS DISPOSAL INDUSTRIES, LLC ("Atlas") will and hereby does move under Federal Rule of Civil Procedure, Rule 56, for partial summary judgment or, alternatively, for summary adjudication of the following issues:

1. That the Disposal Services Agreement entered into by Atlas and Defendant BFI WASTE SYSTEMS OF NORTH AMERICA, INC. ("BFI"), and dated March 19, 1999, constitutes an enforceable contract;

2. That under the terms of the DSA, BFI was obligated to deliver to Atlas a minimum of 26,000 tons of commingled recyclables for each year of the three-year term of the DSA;

3. That under the terms of the DSA, BFI agreed to pay Atlas a per ton "tipping fee" for commingled commercial loads;

4. That the proper measure of damages for every ton that BFI failed to deliver short of the 26,000 ton annual minimum provided under the terms of the DSA is the amount of the lost "tipping fee" times the shortfall in tonnage delivered; and

5. That BFI is not entitled to offset from any "tipping fee" damages award any processing and disposal costs that Atlas might have incurred had the shortfall in materials been delivered

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, THE Separate Statement of Undisputed Facts, the Declarations of David Sikich and James T. Cahalan, and the Request for Judicial Notice, served and filed herewith, and the complete files and records in this action.

Respectfully Submitted,

DATED: May 19, 2006

Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: _____
JAMES T. CAHALAN
Attorneys for Plaintiff
ATLAS DISPOSAL INDUSTRIES, LLC