1  THOMAS M. BRUEN (SB# 63324)
   ERIK A. REINERTSON (SB# 218031)
2  LAW OFFICES OF THOMAS M. BRUEN
   A Professional Corporation
3  1990 N. California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone:   (925) 295-3131
   Facsimile:   (925) 295-3132
5  tbruen@sbcglobal.net

6  Attorneys for Defendant
   BFI WASTE SYSTEMS OF NORTH
7  AMERICA, INC.

8  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR (SBN 51689)
9  JAMES T. CAHALAN (SBN 166961)
   980 Ninth Street, Suite 1500
10 Sacramento, CA 95814
   Telephone:   (916) 442-3333
11 Facsimile:   (916) 442-2348
   jcahalan@hansonbridgett.com
12
   Attorneys for Plaintiff
13 ATLAS DISPOSAL INDUSTRIES, LLC

14

15                       UNITED STATES DISTRICT COURT

16                       EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18 ATLAS DISPOSAL INDUSTRIES, LLC ) | Case No. 2:05-CV-0989-MCE-KJM |
| 19          Plaintiff,           ) | |
| 20     v.                        ) | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| 21 BFI WASTE SYSTEMS OF NORTH    ) | |
|    AMERICA, INC.,                ) | [FRCP Rule 41(a)(1)(ii)] |
| 22                               ) | |
|          Defendant.              ) | |
| 23 _____) | |

24
        Plaintiff ATLAS DISPOSAL INDUSTRIES, LLC and Defendant BFI WASTE SYSTEMS
25
   OF NORTH AMERICA, INC., by and through their respective undersigned counsel, hereby enter
26
   into this Stipulation for Dismissal with Prejudice:
27
        WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement and Release,
28
   whereby the parties agree to release and waive all claims held against each other, as provided

   therein;

                                           1

NOW, THEREFORE, pursuant to FRCP Rule 41, subpart (a)(1), clause (ii), Plaintiff, Defendant and their respective Counsel (hereinafter referred to collectively as the "Parties") stipulate and agree as follows:

1. **Dismissal with Prejudice.** Parties agree and stipulate to the dismissal of the action with prejudice.

2. **Costs and Fees.** Each party agrees and stipulates that each of them will bear their own costs, litigation related expenses, expert witness fees and attorney's fees arising out of/or in connection with this action.

DATED: February 9, 2007    LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

By:   /s/
          Erik A. Reinertson
Attorneys for Defendant
BFI WASTE SYSTEMS OF NORTH AMERICA, INC.

DATED: February __, 2007    HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By:   /s/
          Christina M. Nugent, Esq.
Attorneys for Plaintiff
ATLAS DISPOSAL INDUSTRIES, LLC

ORDER

IT IS SO ORDERED.

Dated: February 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE